```
                    FILED
              CLERK, U.S. DISTRICT COURT
                    OCT 27 2014
              CENTRAL DISTRICT OF CALIFORNIA
              BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>Omar Flores-Ayala,<br><br>    Defendant. | Case No.: CR 06-0277-CAS<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the <u>Central District/California</u> for alleged violation(s) of the terms and conditions of (his)/her [probation] [(supervised release)]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.   (✓)  The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on <u>outstanding warrant, apparent use of alias,</u>

1 <u>no known bail resources, apparent undocumented</u>
2 <u>alien status, apparent recent contempt of court</u>
3 <u>conviction</u>

4 and/or

5 B. ( )  The defendant has not met his/her burden of establishing by
6 clear and convincing evidence that he/she is not likely to pose
7 a danger to the safety of any other person or the community if
8 released under 18 U.S.C. § 3142(b) or (c).  This finding is based
9 on: _____
10 _____
11 _____
12 _____

14 IT THEREFORE IS ORDERED that the defendant be detained pending
15 the further revocation proceedings.

17 Dated: 10/27/14                    /s/ Jean Rosenbluth
                                      JEAN ROSENBLUTH
18                                    U.S. MAGISTRATE JUDGE