O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR06-277-CAS |
| Plaintiff, | |
| v. | FINAL REVOCATION OF SUPERVISED RELEASE AND JUDGMENT |
| OMAR FLORES-AYALA, | |
| Defendant. | |

On November 17, 2014, this matter came before the Court on Petitions on Probation and Supervised Release originally filed on July 29, 2008 and November 17, 2014. Government counsel, Tim Searight, the defendant and his appointed CJA attorney, Ellen Barry, were present. The U.S. Probation Officer, Erica Jackson, was also present.

The defendant admitted allegations 4 and 5, in violation of his supervised release, as stated in the Petition filed on November 17, 2014. The Court granted the government's request to dismiss allegations 1, 2 and 3 of the Petition filed July 29, 2008. The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on November 27, 2006.

///
///
///

1  IT IS ORDERED AND ADJUDGED, upon the findings of the Court, the defendant
2  is hereby committed to the custody of the Bureau of Prisons for a term of twelve (12)
3  months, following defendant's State Court sentence, with no supervision to follow.

5  FILE/DATED:     November 17, 2014

   _____
6  CHRISTINA A. SNYDER
   UNITED STATES DISTRICT JUDGE

7  TERRY NAFISI, CLERK

   By: ___/S/_____
10     Catherine M. Jeang,  Deputy Clerk